UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| PUBLISHERS CONSORTIUM, INC. | : |
| Debtor | : |
| | |
| ARSENAL PULP PRESS, ET AL. | : |
| Plaintiffs/Appellants, | : CIVIL NO.   3:03-CV-00021 (AVC) |
| V. | : |
| | : |
| PUBLISHERS CONSORTIUM, INC., ET AL. | : |
| Defendants/Appellees | : USCA: |

## INDEX TO THE RECORD ON APPEAL

| Date Filed | Court Doc. No. | Document Name | Document No. |
|---|---|---|---|
| 01/06/2003 | 4 | Appellant's Designation of Items in Record on Appeal | 1 |
| 01/06/2003 | 5 | Joint Designation of Additional Items to be included in record on Appeal | 2 |
| 02/24/2003 | 9 | Appellant's Brief | 3 |
| 04/04/2003 | 12 | Appellee's Brief | 4 |
| 04/21/2003 | 13 | Appellant's Reply Brief | 5 |
| 12/09/2004 | 14 | Order | 6 |
| 12/17/2004 | 15 | Judgment | 7 |
| 01/13/2005 | 14 | Notice of Appeal | 8 |

        BANK ONE, N.A., as successor-in-interest by
        merger with AMERICAN NATIONAL BANK &
        TRUST COMPANY OF CHICAGO


By: _____
     Douglas S. Skalka (CT 00616)
     James A. Lenes (CT 10408)
     Neubert, Pepe & Monteith, P.C.
     195 Church Street, 13th Floor
     New Haven, CT 06510
     Telephone No.: (203) 821-2000
     Facsimile No.: (203) 821-2009

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent on January 26, 2005, via U.S. mail, postage prepaid, to the following parties of record:

Steven Mackey
Office of the United States Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510

James Berman
Louis J. Testa
Zeisler and Zeisler
558 Clinton Ave.
Bridgeport, CT 06605
    Counsel for Debtor

Eric A. Henzy
Reide & Riege
One State Street
Hartford, CT 06103
    Counsel for Official Committee of Unsecured Creditors

Barbara H. Katz
Law Offices of Barbara H. Katz
57 Trumbull St.
New Haven, CT 06510-1004
    Counsel to McBooks Press, Inc.

Edward Y. Crossmore
115 W. Green Street
Ithaca, NY 14850
    Counsel to McBooks Press, Inc.

Dean W. Baker
205 Church St.
New Haven, CT 06510
    Counsel for Client Distribution Services, Inc.

Tracy Alan Saxe
Edwin L. Doernberger
Saxe Doernberger & Vita
1952 Whitney Avenue
Hamden, CT 06517
    Counsel to Common Courage Press, Child Mgmt, Inc., Comics One Corp., Dark Horse Comics, Inc., Image Comics, Inc., Odonian Press, Terrace Publishing, Black Books, Arsenal Pulp Press and National Journal

Myles H. Alderman, Jr.
Alderman & Alderman
100 Pearl St.
14th Floor
Hartford, CT 06103
    Counsel to Park Ave California and Park Ave Oklahoma

Christopher J. Major
Robinson & Cole
Financial Centre, 695 E. Main St.
PO Box 10305
Stamford, CT 06904-2305
    Counsel for Kogan Page, Ltd


BY:_____
    James A. Lenes (CT 10408)