District of Ct
(New Haven)
03-Cv-2

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

In re Publishers Consortium, Inc.    05-318-bk (L); 05-0398-bk(XAP)
05-0070-bk (CON);
05-0397-bk (CON);
05-0409-bk (CON);
05-0513-bk (CON);
05-0515-bk (CON);
05-0520-bk(CON)
05-1816-bk (CON)



Whereas, the above-referenced appeals appear to be premature because claims are still pending in the bankruptcy court and/or district court, the undersigned counsel hereby stipulate that the above-referenced appeals are hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

This stipulation is without prejudice to the filing of timely, new notices of appeal from the entry of final judgment, or any other appealable order, entered by the district court.

The parties further stipulate that if this Court decides that the above-referenced appeals should have been taken at this time because the judgment or order that is the basis for the present appeals is in fact final and appealable and that a later appeal on the present issue is therefore untimely, the appellant may reinstate this appeal solely for this

reason by written notice to the Clerk of this Court within 30 days after this Court so

decides, *but not later than January 9th, 2006.*

Date: 6/15/05

BANK ONE, N.A., as successor-in-interest
by merger with AMERICAN NATIONAL
BANK AND TRUST COMPANY OF
CHICAGO

By: _____
Douglas S. Skalka (ct 00616)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510-2026
(203) 821-2000
Fax (203) 821-2009


Date:

PUBLISHERS CONSORTIUM, INC.


By: _____
Louis W. Testa
Zeisler & Zeisler, P.C.
P.O. Box 3186
558 Clinton Avenue
Bridgeport, CT  06605-0186
(203) 368-4234
Fax (203) 267-9678


Date:

McBOOKS PRESS, INC.


By: _____
Edward Y. Crossmore
115 W. Green Street
Ithaca, NY 14850
(607) 273-5787
Fax (607) 273-0291

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By *Frank J. Scardilli*
Frank J. Scardilli, Staff Counsel/S.

7/8/05

2

reason by written notice to the Clerk of this Court within 30 days after this Court so

decides.

Date:                               BANK ONE, N.A., as successor-in-interest
                                    by merger with AMERICAN NATIONAL
                                    BANK AND TRUST COMPANY OF
                                    CHICAGO


                                    By: _____
                                        Douglas S. Skalka (ct 00616)
                                        Neubert, Pepe & Monteith, P.C.
                                        195 Church Street, 13th Floor
                                        New Haven, CT  06510-2026
                                        (203) 821-2000
                                        Fax (203) 821-2009



Date: *June 6, 2005*                PUBLISHERS CONSORTIUM, INC.


                                    By: _____
                                        Louis W. Testa
                                        Zeisler & Zeisler, P.C.
                                        P.O. Box 3186
                                        558 Clinton Avenue
                                        Bridgeport, CT  06605-0186
                                        (203) 368-4234
                                        Fax (203) 267-9678



Date:                               McBOOKS PRESS, INC.


                                    By: _____
                                        Edward Y. Crossmore
                                        115 W. Green Street
                                        Ithaca, NY 14850
                                        (607) 273-5787
                                        Fax (607) 273-0291

reason by written notice to the Clerk of this Court within 30 days after this Court so

decides.

Date:                                 BANK ONE, N.A., as successor-in-interest
                                      by merger with AMERICAN NATIONAL
                                      BANK AND TRUST COMPANY OF
                                      CHICAGO


                           By: _____
                                      Douglas S. Skalka (ct 00616)
                                      Neubert, Pepe & Monteith, P.C.
                                      195 Church Street, 13th Floor
                                      New Haven, CT 06510-2026
                                      (203) 821-2000
                                      Fax (203) 821-2009




Date:                                 PUBLISHERS CONSORTIUM, INC.



                           By: _____
                                      Louis W. Testa
                                      Zeisler & Zeisler, P.C.
                                      P.O. Box 3186
                                      558 Clinton Avenue
                                      Bridgeport, CT 06605-0186
                                      (203) 368-4234
                                      Fax (203) 267-9678




Date: June 2, 2005                    McBOOKS PRESS, INC.


                           By: _____
                                      Edward Y. Crossmore
                                      115 W. Green Street
                                      Ithaca, NY 14850
                                      (607) 273-5787
                                      Fax (607) 273-0291



2

Date: 6/13/05

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
PUBLISHER'S CONSORTIUM, INC.

By: _Eric Henzy_

Eric Henzy, Esq. (ct 12819)
Reid and Riege, P.C.
One State Street
Hartford, CT 06103
(860) 278-1150
Fax (860) 240-1002


Date:

COMMON COURAGE PRESS, CHILD
MGMT, INC., COMICS ONE CORP.,
DARK HORSE COMICS, INC., IMAGE
COMICS, INC., ODONIAN PRESS,
TERRACE PUBLISHING, BLACK
BOOKS, ARSENAL PULP PRESS and
NATIONAL JOURNAL


By: _____

Edwin L. Doernberger
Saxe Doernberger & Vita
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890
Fax (203) 287-8847


**So Ordered,**


DATE:

_____

United States Court of Appeals
For the Second Circuit

3